**Opinion issued January 11, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00009-CV

———————————

## IN RE BRUCE BROSH, Relator

———————————————————————

### Original Proceeding on Petition for Writ of Habeas Corpus

———————————————————————

### MEMORANDUM OPINION [1]

Relator, Bruce Brosh, contends the trial judge erred in holding him in contempt and ordering him to be incarcerated. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly,

---

[1] The underlying case is *Brosch v. Brosch*, No. 2011-70290 in the 311th District Court of Harris County, Texas, the Hon. Denise Pratt, presiding.

we **DENY** relator's petition for writ of habeas corpus. *See* TEX. R. APP. P. 52.8(a).

We **OVERRULE** all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.